docket for argument, submission and decision in accordance with Dauzat et al v. Allstate Insurance Co. et al., 255 La. 790, 232 So.2d 516, and Sylvester et ux, v. Liberty Mutual Insurance Co., 256 La. 764, 238 So.2d 748 decided by this Court.

242 So.2d 886

**STATE of Louisiana ex rel. J. E. MILLER**

**v.**

**C. Murray HENDERSON, Warden, Louisiana State Penitentiary et al.**

No. 51096.

Jan. 27, 1971.

On considering the petition of relator in the above numbered and entitled cause:

It is ordered that the Twenty-Eighth Judicial District Court, Parish of Caldwell, immediately and without delay, act on the relator's petition for a writ of habeas corpus filed in that Court and in this Court, and report its action to this Court, as well as to relator.